UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

THE MOUNT SINAI HOSPITAL,

                       Plaintiff,

   -against-

                                              ORDER

LOCAL 272 WELFARE FUND,

                                              21 Civ. 1720 (GBD)

                    Defendant.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    The initial conference is adjourned scheduled for July 22, 2021 is cancelled. The parties will appear for a status conference on October 20, 2021 at 9:45 a.m.

Dated: July 19, 2021
         New York, New York

                                             SO ORDERED.

                                             _George B. Daniels_
                                             GEORGE B. DANIELS
                                             UNITED STATES DISTRICT JUDGE