UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

THE MOUNT SINAI HOSPITAL,

                Plaintiff,

-against-

LOCAL 272 WELFARE FUND,

                Defendant.

------------------------------------x

ORDER

21 Civ. 1720 (GBD)

GEORGE B. DANIELS, District Judge:

    The status conference scheduled for October 20, 2021 is cancelled. The Court will hear argument on Defendant's Motion to Dismiss, (ECF No. 6), and Plaintiff's Motion to Remand, (ECF No. 13), on October 26, 2021 at 10:00 a.m.

Dated: October 5, 2021
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE